UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MATTHEW D PERKINS,**

      **Plaintiff,**

v.                                    Case No.  6:24-cv-1109-CEM-RMN

**KYLE N BYWATER and**
**KISSIMMEE POLICE**
**DEPARTMENT,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 7), recommending that the Motion be denied.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 7) is **ADOPTED** and made a part of this Order.

2. The Motion (Doc. 2) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before September 30, 2024**, Plaintiff may file an amended complaint. Failure to do so will result in the closure of this case without further notice.

5. **On or before September 30, 2024**, Plaintiff shall also either file a renewed motion to proceed *in forma pauperis* or pay the filing fee.

**DONE** and **ORDERED** in Orlando, Florida on September 12, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party